UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                      Chapter 7

Gordine Delane Miller
d/b/a Lice & Nit Removal Service
a/k/a Gordine Delane Bradley

Debtor(s)                                                          Bankruptcy No. 15-18878

ORDER

AND NOW, this 15th of December, 2015, it appearing that on October 1, 2008, an order was entered in the matter of In Re: Gordine Delane Miller Bankruptcy No. 08-13102, directing that the debtor(s) may not file a bankruptcy petition under the provisions set forth in the Order dated October 1, 2008, it is hereby ORDERED that this matter is DISMISSED.

By the Court:

_____
Magdeline D. Coleman
United States Bankruptcy Judge