United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                    : Chapter 13
GORDINE D BRADLEY-MILLER

Debtor(s)              : Bankruptcy No. 0813102

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this 5th day of July, 2012 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that LAWRENCE S. RUBIN counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED; and it is further

ORDERED, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is WITH PREJUDICE, in accordance with the express terms of such CONSENT ORDER.

Hon. Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

LAWRENCE S. RUBIN
337 WEST STATE STREET

MEDIA PA 19063-261

Debtor(s)

GORDINE D BRADLEY-MILLER

933 WEST 9TH STREET
CHESTER PA 19013